IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY AUSTIN GANT,

    Plaintiff,                   No. 2: 10-cv-1364 KJN P

    vs.

M.D. McDONALD, et al.,

    Defendants.             <u>ORDER</u>

        Pending before the court is defendants' motion to conduct plaintiff's deposition via video-conference. Good cause appearing, defendants' motion is granted. Fed. R. Civ. P. 30(b)(4).

        Accordingly, IT IS HEREBY ORDERED that defendants' motion to conduct plaintiff's deposition via video-conference (Dkt. No. 21) is granted.

DATED: February 9, 2011

                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

ga1364.dep