IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY AUSTIN GANT,

    Plaintiff,                    No. 2: 10-cv-1364 LKK KJN P

  vs.

M.D. McDONALD, et al.,

    Defendants.            <u>ORDER TO SHOW CAUSE</u>

_____/

       Plaintiff is proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' May 9, 2011 motion to compel plaintiff's personal attendance at his deposition, motion to modify the scheduling order, and motion for sanctions. Plaintiff has not responded to defendants' motion.

       Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why defendants' May 9, 2011 motion should not be granted.

DATED: June 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ga1364.com

1